October 19, 2019

Honorable Theodore D. Chuang
U.S. District Judge
United States Courthouse
6500 Cherrywood Lane
Greenbelt, MD 20770

       RE: Keith V. Stout v. Eric T. Reuschling, et al.
       Case No.: 8:2013cv03900; Cause 42:1983

Dear Honorable Judge Chuang:

    I am writing you to express my concerns regarding the above referenced matter. I obtained Rachel A. S. Moshman as counsel of record in which she filed the above reference case now assigned to your court for handling. On July 8, 2015, I had to release Ms. Moshman as my attorney because I did not feel she had my best interest at heart and diligences.

    On numerous occasions I contacted Ms. Moshman without a return telephone call or status at months at a time.

    When Ms. Moshman insisted that I tried to settle this case for a minimum dollar amount, I asked her if we could get a trial date and she was very insistence that we take the settlement which would have only benefited her and I felt justices would not have been serviced.

    Since releasing Ms. Moshman, I have spoken with several attorneys whom none would take the case because they felt this case had problems from the onset. I am currently working with the legal aid to locate counsel and with that being said, Honorable Chuang, can I request to have this matter placed on hold (extension of time) while I am seeking an to obtain proper counsel in order to give them time to review this matter to determine if they will fact represent me in this matter and in order for us to proceed forward.

    Your honor Judge Chuang, I feel very strongly about this matter and I promise that I am seeking counsel as quickly as possible.

                                       Yours sincerely,

                                       m. Keith Vincent Stout
                                       Keith V. Stout

Cc: Phillip Michael Pickus
Assistant Attorney General
1201 Reisterstown Road, Pikesville, MD 21208