IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **KEITH VINCENT STOUT,** | * | |
| **Plaintiff,** | * | |
| v. | * | Case No.  8:14-cv-01555-TDC |
| **ERIC T. REUSCHLING,** *et al.*, | * | |
| **Defendants.** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## DEFENDANTS' OPPOSITION TO PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME

Defendants, former Trooper First Class Eric T. Reuschling and Sergeant Steven B. Koch, by their attorneys, Brian E. Frosh, Attorney General of Maryland, and Phillip M. Pickus, Assistant Attorney General, file this Opposition to Plaintiff's request for an Extension of Time and state the following:

1. Plaintiff has recently sent correspondence to this Court indicating that he is requesting an extension of time so that he may retain a new attorney. *See* Paper 31.

2. This Court granted Plaintiff's former counsels' Motion to Withdraw on August 7, 2015 (Paper 25).  This Court sent out a Local Rule 101.2 *pro se* notice that same day (Paper 26).

2. Plaintiff has not complied with outstanding discovery requests from Defendants.  There is a pending Motion for Sanctions regarding this discovery dispute.  This Court has ordered Plaintiff to respond to discovery by November 18,

2015. *See* Paper 30.   In contrast, Defendants have fully complied with all discovery requests.

3. Plaintiff's former Counsel withdrew because Plaintiff did not want them to continue as counsel. *See* Paper 24.  Plaintiff essentially terminated his counsel prior to procuring new counsel.  Plaintiff has had three months to find counsel and has not done so.

4. Delaying this case will cause significant prejudice to both Defendants.  There is, of course, the normal anxiety and resource expenditure that goes along with being named in a federal lawsuit.  But in this instance, this case is causing a tangible negative impact on the life of one of the Defendants, former TFC Eric T. Reuschling.  TFC Reuschling has moved out of State for family reasons, and is unable to find employment as a law enforcement officer because prospective departments do not wish to hire him with this case pending.  Any extension of this case, especially when caused by a lack of compliance by Plaintiff, continues to prolong this problem.

Wherefore, Defendants respectfully request that this Honorable Court deny Plaintiff's request for an extension of time so that he can retain an attorney.

    Respectfully submitted,

    BRIAN E. FROSH
    Attorney General of Maryland

    _____/s/_____
    PHILLIP M. PICKUS

(Bar No. 22814)
Assistant Attorney General
1201 Reisterstown Road
Pikesville, Maryland 21208
(410) 653-4293 (telephone)
(410) 653-4270 (facsimile)
Phillip.pickus@maryland.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this 9th day of November, 2015, that a copy of the foregoing Opposition to Request for Extension was served mailed, first class U.S. Postage, to:

Keith Stout
3667 Rusty Leaf Court
Waldorf, Maryland 20602

_____/S/_____
Phillip M. Pickus